**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6660**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAMON EMANUEL ELLIOTT,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CR-97-53-PJM, CA-99-2648-PJM)

———————————

Submitted:  July 27, 2000          Decided:  August 9, 2000

———————————

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Damon Emanuel Elliott, Appellant Pro Se.  Ranganath Manthripragada, Assistant United States Attorney, John Vincent Geise, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Damon Emanuel Elliott seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Elliott, Nos. CR-97-53-PJM; CA-99-2648-PJM (D. Md. Apr. 6, 2000).[*] We further deny Elliott's motions for the appointment of counsel and response to informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                        DISMISSED

---

   [*] Although the district court's order is marked as "filed" on April 5, 2000, the district court's records show that it was entered on the docket sheet on April 6, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).